No. 3758.—Pueblo, apldo., *v.* Pérez, aplte.—C. D. San Juan. ▓▓▓▓▓▓▓▓▓▓ Nov. 6, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Por cuanto, no proceden apelaciones para ante la Corte Suprema de los Estados Unidos contra sentencias dictadas por esta Corte Suprema;

Por cuanto, la apelación interpuesta para ante la Corte de Circuito de Apelaciones de los Estados Unidos para el Primer Circuito fué radicada el 31 de julio de 1929, y denegada en agosto 5 del mismo año por el Juez Asociado Sr. Hutchison, en funciones normales de turno, pero actuando en esta clase de acciones como substituto del Juez Presidente de este tribunal;

Por cuanto, no se ha levantado ni en forma ni fundamentalmente ninguna verdadera cuestión constitucional,

Por tanto, no ha lugar a admitir la apelación solicitada.

El Juez Asociado Señor Texidor no intervino.

No. 5064.—Cruz Rosado, et als., apltes., *v.* Rodríguez, apldo.—C. D. Humacao. ▓▓▓▓▓▓▓▓▓▓ Nov. 6, 1929.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Por cuanto, la apelación se interpuso en este caso el 6 de diciembre de 1927, solicitándose gran número de prórrogas para preparar la exposición del caso habiendo vencido la última desde hace más de seis meses sin que se hayan presentado los autos en esta corte;

Por cuanto, basándose en tales hechos la parte apelada solicitó la desestimación del recurso por moción vista el 4 de noviembre de 1929 con la sola asistencia del abogado de la dicha parte apelada,

Por tanto, se declara con lugar la moción y se desestima, por abandono, el recurso.

El Juez Asociado Señor Texidor no intervino.